EXHIBIT A



US00D907360S

(12) **United States Design Patent**  (10) Patent No.:   **US D907,360 S**
Wang  (45) Date of Patent:  ** Jan. 12, 2021

(54) **TRAPEZOIDAL HANDBAG**

(71) Applicant: **Xianfeng Wang**, Liaoning (CN)

(72) Inventor: **Xianfeng Wang**, Liaoning (CN)

(73) Assignee: **Jinzhou Topfund Industry Co., Ltd.**, Liaoning (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/707,510**

(22) Filed: **Sep. 28, 2019**

(51) LOC (13) Cl. .................................................. 03-01
(52) U.S. Cl.
    USPC .......................................................... D3/240
(58) Field of Classification Search
    USPC ............ D3/232–234, 238, 240–243, 245–246
    CPC .............. A45C 1/024; A45C 3/06; A45C 3/08
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D312,726 S | * | 12/1990 | Kline | 224/624 |
| 5,407,112 A | * | 4/1995 | Christodoulou | A41D 15/04 2/94 |
| D425,698 S | * | 5/2000 | Paul | D3/216 |
| D507,698 S | * | 7/2005 | Hooper | D3/216 |
| D608,088 S | * | 1/2010 | Levy | D3/232 |
| D812,903 S | * | 3/2018 | Derusha | D3/232 |
| D838,105 S | * | 1/2019 | Montalto | D3/244 |

* cited by examiner

Primary Examiner — Holly H Baynham

(57) **CLAIM**

The ornamental design for a trapezoidal handbag, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a trapezoidal handbag showing my new design;
FIG. 2 is a front elevation view thereof;
FIG. 3 is a rear elevation view thereof;
FIG. 4 is a left side elevation view thereof;
FIG. 5 is a right side elevation view thereof;
FIG. 6 is a top plan view thereof;
FIG. 7 is a bottom plan view thereof; and,
FIG. 8 is a perspective view of the trapezoidal handbag in the open state.

**1 Claim, 8 Drawing Sheets**





FIG.1

**U.S. Patent**  Jan. 12, 2021  Sheet 2 of 8  **US D907,360 S**



FIG.2



FIG.3



FIG.4



FIG. 5



FIG. 6



FIG. 7



FIG. 8