| user_slctd_id | company_name | first_name | last_name | addr1 | addr2 | city | state | pstl_code | user_country | user_reg_date |
|---|---|---|---|---|---|---|---|---|---|---|
| east_coast_scientific_store | Yantra Lab & Scientific Store LLC | | | | | Cary | NC | 27519 | United States | 12/29/2014 21:08 |
| trayaya007 | Jinzhou FX Music Trading Co  LTD | | | | | Jinzhou | default | 121000 | China | 3/20/2023 22:44 |
| idlleyun | Dalian Leyun International Trade Co  Ltd | | | | | Dalian City | default | 116091 | China | 10/16/2018 23:30 |
| ageuk | AGE UK | | | | | London | London | WC1H 9NA | United Kingdom | 5/2/2013 4:05 |
| stopbuy2021 | | | | | | petach tikva | Unknown | 4941908 | Israel | 5/30/2017 13:23 |
| jennbran-10 | | | | | | Biloxi | MS | 39532 | United States | 1/12/2023 20:35 |
| quartzproductsfactory | Jinzhou Aideer Trading Co  Ltd | | | | | Jinzhou City | Unknown | 121000 | China | 7/4/2017 22:33 |

**EXHIBIT 1**