f  t  ▶  in  ⋮  QUICK LINKS   FORMS   FAQS   FEES   NEWS & EVENTS   ABOUT   CONTACT   APPOINTMENTS   SIGN IN

 Secretary of State
Elaine F. Marshall

Home    I Want To…    Divisions    Topics    Online Services    🔍

Secretary of State  »  Business Registration  »  Search  »  Results  »  Limited Liability Company

• File an Annual Report/Amend an Annual Report • Upload a PDF Filing • Order a Document Online • Add Entity to My Email Notification List • View Filings • Print a Pre-Populated Annual Report form • Print an Amended a Annual Report form

## Limited Liability Company

**Legal Name**
YANTRA LAB & SCIENTIFIC STORE L.L.C.

## Information

**SosId:** 2506049
**Status:** Current-Active ⓘ
**Date Formed:** 8/29/2023
**Citizenship:** Domestic
**Annual Report Due Date:** April 15th
**Annual Report Status:** Current
**Registered Agent:** SHARMA, ANUJ

## Addresses

**Mailing**
535 ROCKCASTLE DR
CARY, NC  27519-2600

**Principal Office**
535 ROCKCASTLE DR
CARY, NC  27519-2600

**Reg Office**
535 ROCKCASTLE DR
CARY, NC  27519-2600

**Reg Mailing**
535 ROCKCASTLE DR
CARY, NC  27519-2600

## Company Officials

All LLCs are managed by their managers pursuant to N.C.G.S. 57D-3-20.

**Owner Manager**
ANUJ  SHARMA
535 ROCKCASTLE DR
CARY  NC  27519-2600

**Owner Manager**
JASBIR  SHARMA
535 ROCKCASTLE DR
CARY  NC  27519-2600

### Business Registration  −

Basics of Launching a NC Business

Forms/Fees

Frequently Asked Questions

Alerts!

Register a Foreign Business in NC

Statutes, Rules, and Legislation

Searches  +

Links  +

Online Filing  +

**EXHIBIT 2**