| ITEM_NUMBER | SELLER_LOGIN_ID | AUCT_TITL | AUCT_START_DT | TRANSACTION_DATE | ITEM_PRICE | CURRENCY | QUANTITY_SOLD | BUYER_CURRENT_CITY | BUYER_CURRENT_STATE | BUYER_CURRENT_COUNTRY | BUYER_SHIPPING_CITY | BUYER_SHIPPING_STATE | BUYER_SHIPPING_COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115958713913 | ageuk | Crystal Singing Pyramid 5 Inch Green Singing Pyramid Meditation Yoga Wellbeing | 2023-10-30 | 2023-11-12 13:13:05 | 40 | GBP | 1 | Southwick | West Sussex | United Kingdom | Southwick | West Sussex | United Kingdom |
| 265799396260 | east_coast_scientific_store | Rainbow Crystal Singing Pyramid with Faux Leather Secure Padded Case and Striker | 2022-07-27 | 2023-04-15 11:59:44 | 225 | USD | 1 | 六安 | 安徽省 | China | Portland | OR | United States |
| 265922114585 | east_coast_scientific_store | 10 inch Green Crystal Singing Triangle Pyramid with Padded Secure Case,Striker | 2022-10-06 | | | | | | | | | | |
| 266290805814 | east_coast_scientific_store | Faux Leather Padded Secure Case for Crystal Singing Pyramid - Elegant Protection | 2023-06-08 | | | | | | | | | | |
| 266292120570 | east_coast_scientific_store | Crystal Singing Pyramid Set with Faux Leather Tan Color Case, Sizes 4-12 inches | 2023-06-09 | | | | | | | | | | |
| 266298226423 | east_coast_scientific_store | 7" Yellow Quartz Crystal Singing Pyramid Sound Healing Musical Instrument | 2023-06-14 | | | | | | | | | | |
| 266298232406 | east_coast_scientific_store | 9 Inch Green Crystal Pyramid with Carrying Case and Striker | 2023-06-14 | | | | | | | | | | |
| 372748887433 | idlleyun | CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case | 2019-08-25 | 2021-05-01 15:34:06 | 99.95 | USD | 1 | Calgary | AB | Canada | Calgary | AB | Canada |
| 372748887433 | idlleyun | CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case | 2019-08-25 | 2019-12-30 01:56:41 | 169.95 | USD | 1 | Måsøy | default | Norway | Måsøy | default | Norway |
| 372748887433 | idlleyun | CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case | 2019-08-25 | 2019-12-17 08:56:11 | 169.95 | USD | 1 | Deleted | Deleted | Norway | DELETED | DELETED | Norway |
| 372748887433 | idlleyun | CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case | 2019-08-25 | 2020-11-15 21:40:59 | 68 | USD | 1 | Mulberry | FL | United States | Mulberry | FL | United States |
| 372748887433 | idlleyun | CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case | 2019-08-25 | 2022-01-25 18:53:06 | 70 | USD | 1 | Lake Worth | FL | United States | Lake worth | FL | United States |
| 372748887433 | idlleyun | CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case | 2019-08-25 | 2022-01-25 18:58:02 | 70 | USD | 1 | Lake Worth | FL | United States | Lake worth | FL | United States |
| 372748887433 | idlleyun | CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case | 2019-08-25 | 2020-03-15 22:27:12 | 169.95 | USD | 1 | plymouth | MA | United States | plymouth | MA | United States |
| 372748887433 | idlleyun | CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case | 2019-08-25 | 2020-05-22 20:03:49 | 169.95 | USD | 1 | PLEASant GARDEN | NC | United States | pleasant garden | NC | United States |
| 372748887433 | idlleyun | CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case | 2019-08-25 | 2020-06-28 19:30:49 | 160 | USD | 1 | Cary | NC | United States | HERMITAGE | TN | United States |
| 372748887433 | idlleyun | CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case | 2019-08-25 | 2020-06-28 20:16:28 | 160 | USD | 1 | Cary | NC | United States | HERMITAGE | TN | United States |
| 372748887433 | idlleyun | CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case | 2019-08-25 | 2020-07-17 21:27:50 | 165 | USD | 4 | Cary | NC | United States | OLATHE | KS | United States |
| 372748887433 | idlleyun | CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case | 2019-08-25 | 2019-12-05 11:32:39 | 169.95 | USD | 1 | Fitzwilliam | NH | United States | Fitzwilliam | NH | United States |
| 372748887433 | idlleyun | CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case | 2019-08-25 | 2020-06-22 09:50:25 | 160 | USD | 1 | rochester | NY | United States | rochester | NY | United States |
| 372748887433 | idlleyun | CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case | 2019-08-25 | 2020-08-01 11:43:54 | 169.95 | USD | 1 | Great Neck | NY | United States | Great Neck | NY | United States |
| 372748887433 | idlleyun | CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case | 2019-08-25 | 2020-06-26 10:24:46 | 161.45 | USD | 1 | Darby | PA | United States | Darby | PA | United States |
| 374810226704 | idlleyun | CVNC 8 Inch Clear Quartz Crystal Singing Pyramid Bowl w/ Case Sound Meditation | 2023-07-13 | 2023-11-09 22:30:35 | 179.89 | AUD | 1 | West Mackay | Queensland | Australia | West Mackay | Queensland | Australia |
| 372748887433 | idlleyun | CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case | 2019-08-25 | 2020-09-19 08:52:24 | 79.95 | USD | 1 | Austin | TX | United States | Austin | TX | United States |
| 374810226704 | idlleyun | CVNC 8 Inch Clear Quartz Crystal Singing Pyramid Bowl w/ Case Sound Meditation | 2023-07-13 | 2023-09-05 20:29:26 | 155 | AUD | 1 | Melbourne | Victoria | Australia | Melbourne | Victoria | Australia |
| 372748887433 | idlleyun | CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case | 2019-08-25 | 2023-04-15 12:16:40 | 99.07 | USD | 1 | 六安 | 安徽省 | China | Portland | OR | United States |
| 374109848495 | idlleyun | 6/8/9/10 Inch Clear Quartz Crystal Singing Pyramid Bowl Carrying Case Healing | 2022-06-02 | | | | | | | | | | |
| 374577675080 | idlleyun | CVNC 9 Inch Clear Quartz Crystal Singing Pyramid Bowl Traveling Carry Bag Case | 2023-03-22 | | | | | | | | | | |
| 186087179436 | jennbran-10 | 10'' Solshine Crystal Singing Pyramid w/Nylon Carrying Case | 2023-09-19 | 2023-12-06 09:39:02 | 65 | USD | 1 | Titusville | FL | United States | Titusville | FL | United States |
| 183339109848 | quartzproductsfactory | CVNC 9'' Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag | 2018-07-22 | 2022-04-14 17:36:44 | 115 | USD | 1 | Calgary | Alberta | Canada | Calgary | AB | Canada |
| 183927310409 | quartzproductsfactory | 7" Quartz Crystal Singing Pyramid Bowl- Perfect Healing Musical Instrument | 2019-08-22 | 2020-05-04 17:52:58 | 90 | USD | 1 | Tucson | AZ | United States | Tucson | AZ | United States |
| 183339109848 | quartzproductsfactory | CVNC 9'' Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag | 2018-07-22 | 2019-06-28 22:50:20 | 139 | USD | 1 | Sun Valley | CA | United States | Sun Valley | CA | United States |

**EXHIBIT 3**
**Page 1**

| ITEM_NUMBER | SELLER_LOGIN_ID | AUCT_TITL | AUCT_START_DT | TRANSACTION_DATE | ITEM_PRICE | CURRENCY | QUANTITY_SOLD | BUYER_CURRENT_CITY | BUYER_CURRENT_STATE | BUYER_CURRENT_COUNTRY | BUYER_SHIPPING_CITY | BUYER_SHIPPING_STATE | BUYER_SHIPPING_COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 183927310409 | quartzproductsfactory | 7" Quartz Crystal Singing Pyramid Bowl- Perfect Healing Musical Instrument | 2019-08-22 | 2019-09-04 08:47:57 | 90 | USD | 1 | Los Angeles | CA | United States | Los Angeles | CA | United States |
| 183927310409 | quartzproductsfactory | 7" Quartz Crystal Singing Pyramid Bowl- Perfect Healing Musical Instrument | 2019-08-22 | 2020-03-24 18:10:40 | 100 | USD | 1 | Alhambra | CA | United States | Alhambra | CA | United States |
| 183927310409 | quartzproductsfactory | 7" Quartz Crystal Singing Pyramid Bowl- Perfect Healing Musical Instrument | 2019-08-22 | 2020-07-20 09:51:43 | 145.98 | USD | 1 | San Pedro | CA | United States | San Pedro | CA | United States |
| 183339109848 | quartzproductsfactory | CVNC 9" Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag | 2018-07-22 | 2020-09-06 19:06:09 | 115 | USD | 1 | Santa Monica | CA | United States | venice | CA | United States |
| 183339109848 | quartzproductsfactory | CVNC 9" Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag | 2018-07-22 | 2021-10-19 07:36:49 | 129 | USD | 1 | Santa Monica | CA | United States | Santa Monica | CA | United States |
| 184877957626 | quartzproductsfactory | CVNC 8" Quartz Crystal Singing Pyramid Portable Bag Travel Carry Case | 2021-06-08 | 2021-11-07 22:38:28 | 85 | USD | 1 | cardiff | CA | United States | Oceanside | CA | United States |
| 185290184140 | quartzproductsfactory | CVNC 10" Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument+Bag | 2022-02-10 | 2022-02-10 18:12:06 | 159 | USD | 1 | cardiff | CA | United States | Oceanside | CA | United States |
| 183339109848 | quartzproductsfactory | CVNC 9" Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag | 2018-07-22 | 2023-11-12 21:48:03 | 129 | USD | 1 | Santa Monica | CA | United States | Santa Monica | CA | United States |
| 183339109848 | quartzproductsfactory | CVNC 9" Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag | 2018-07-22 | 2021-10-12 08:22:18 | 129 | USD | 1 | even yehuda | default | Israel | even yehuda | default | Israel |
| 183339109848 | quartzproductsfactory | CVNC 9" Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag | 2018-07-22 | 2022-03-28 13:26:04 | 129 | USD | 2 | even yehuda | default | Israel | even yehuda | default | Israel |
| 185290184140 | quartzproductsfactory | CVNC 10" Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument+Bag | 2022-02-10 | 2022-11-18 15:53:29 | 144.99 | USD | 1 | riyadh | default | Saudi Arabia | riyadh | | Saudi Arabia |
| 183927310409 | quartzproductsfactory | 7" Quartz Crystal Singing Pyramid Bowl- Perfect Healing Musical Instrument | 2019-08-22 | 2020-06-16 22:29:02 | 145.98 | USD | 1 | Deleted | Deleted | United States | DELETED | DELETED | United States |
| 183339109848 | quartzproductsfactory | CVNC 9" Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag | 2018-07-22 | 2020-09-11 05:17:51 | 129 | USD | 1 | Deleted | Deleted | Czech Republic | DELETED | DELETED | Czech Republic |
| 183927310409 | quartzproductsfactory | 7" Quartz Crystal Singing Pyramid Bowl- Perfect Healing Musical Instrument | 2019-08-22 | 2020-03-02 10:15:38 | 85.98 | USD | 1 | Port Canaveral | FL | United States | Merritt Island | FL | United States |
| 182763779060 | quartzproductsfactory | 8 Inch Quartz Clear Crystal Singing Pyramid Bowl With Traveling Carry Bag Case | 2017-09-13 | 2020-03-05 18:19:26 | 100 | USD | 1 | Largo | FL | United States | Largo | FL | United States |
| 183339109848 | quartzproductsfactory | CVNC 9" Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag | 2018-07-22 | 2020-03-06 08:11:02 | 119 | USD | 1 | Largo | FL | United States | Largo | FL | United States |
| 183339109848 | quartzproductsfactory | CVNC 9" Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag | 2018-07-22 | 2021-10-03 08:20:10 | 129 | USD | 1 | Miami | FL | United States | Miami | FL | United States |
| 183339109848 | quartzproductsfactory | CVNC 9" Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag | 2018-07-22 | 2021-11-05 12:43:44 | 129 | USD | 1 | Atlanta | GA | United States | Atlanta | GA | United States |
| 183927310409 | quartzproductsfactory | 7" Quartz Crystal Singing Pyramid Bowl- Perfect Healing Musical Instrument | 2019-08-22 | 2020-04-17 17:17:51 | 100 | USD | 1 | Preston | ID | United States | Preston | ID | United States |
| 184877957626 | quartzproductsfactory | CVNC 8" Quartz Crystal Singing Pyramid Portable Bag Travel Carry Case | 2021-06-08 | 2022-10-11 19:31:57 | 70 | USD | 1 | Nampa | ID | United States | Nampa | ID | United States |
| 183339109848 | quartzproductsfactory | CVNC 9" Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag | 2018-07-22 | 2023-03-15 17:51:32 | 119 | USD | 1 | Marysville | KS | United States | Marysville | KS | United States |
| 183927310409 | quartzproductsfactory | 7" Quartz Crystal Singing Pyramid Bowl- Perfect Healing Musical Instrument | 2019-08-22 | 2020-03-22 11:39:09 | 100 | USD | 1 | Baltimore | MD | United States | Baltimore | MD | United States |
| 183927310409 | quartzproductsfactory | 7" Quartz Crystal Singing Pyramid Bowl- Perfect Healing Musical Instrument | 2019-08-22 | 2021-10-11 18:18:01 | 100 | USD | 1 | THURMONT | MD | United States | Thurmont | MD | United States |
| 185290184140 | quartzproductsfactory | CVNC 10" Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument+Bag | 2022-02-10 | 2023-02-14 09:27:14 | 159 | USD | 1 | Macomb | MI | United States | Macomb | MI | United States |
| 182763779060 | quartzproductsfactory | 8 Inch Quartz Clear Crystal Singing Pyramid Bowl With Traveling Carry Bag Case | 2017-09-13 | 2020-09-22 20:05:57 | 125 | USD | 1 | Cary | NC | United States | PORT MOODY | BC | Canada |
| 184877957626 | quartzproductsfactory | CVNC 8" Quartz Crystal Singing Pyramid Portable Bag Travel Carry Case | 2021-06-08 | 2022-05-19 19:27:03 | 85 | USD | 1 | Cudgen | New South Wa | Australia | Cudgen | NSW | Australia |
| 182763779060 | quartzproductsfactory | 8 Inch Quartz Clear Crystal Singing Pyramid Bowl With Traveling Carry Bag Case | 2017-09-13 | 2019-08-24 18:44:43 | 110 | USD | 1 | Manahawkin | NJ | United States | Manahawkin | NJ | United States |
| 182763779060 | quartzproductsfactory | 8 Inch Quartz Clear Crystal Singing Pyramid Bowl With Traveling Carry Bag Case | 2017-09-13 | 2022-11-02 18:01:25 | 101 | USD | 1 | Singapore | none | Singapore | | | |
| 183339109848 | quartzproductsfactory | CVNC 9" Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag | 2018-07-22 | 2020-01-08 19:42:46 | 119 | USD | 1 | Wellington | North Island | New Zealand | Wellington | North Island | New Zealand |
| 183339109848 | quartzproductsfactory | CVNC 9" Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag | 2018-07-22 | 2020-01-25 05:10:38 | 120 | USD | 1 | Wellington | North Island | New Zealand | Wellington | North Island | New Zealand |
| 182763779060 | quartzproductsfactory | 8 Inch Quartz Clear Crystal Singing Pyramid Bowl With Traveling Carry Bag Case | 2017-09-13 | 2019-04-25 17:21:43 | 95 | USD | 1 | Reno | NV | United States | Reno | NV | United States |

EXHIBIT 3
Page 2

| ITEM_NUMBER | SELLER_LOGIN_ID | AUCT_TITL | AUCT_START_DT | TRANSACTION_DATE | ITEM_PRICE | CURRENCY | QUANTITY_SOLD | BUYER_CURRENT_CITY | BUYER_CURRENT_STATE | BUYER_CURRENT_COUNTRY | BUYER_SHIPPING_CITY | BUYER_SHIPPING_STATE | BUYER_SHIPPING_COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 183339109848 | quartzproductsfactory | CVNC 9'' Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag | 2018-07-22 | 2019-06-28 16:34:00 | 139 | USD | 1 | Brooklyn | NY | United States | Brooklyn | NY | United States |
| 185290184140 | quartzproductsfactory | CVNC 10'' Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument+Bag | 2022-02-10 | 2022-12-22 22:09:44 | 120 | USD | 1 | Middletown | NY | United States | Middletown | NY | United States |
| 185290184140 | quartzproductsfactory | CVNC 10'' Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument+Bag | 2022-02-10 | 2023-01-12 17:30:41 | 147 | USD | 1 | West Mansfield | OH | United States | West Mansfield | OH | United States |
| 185290184140 | quartzproductsfactory | CVNC 10'' Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument+Bag | 2022-02-10 | 2023-05-13 17:18:45 | 150 | USD | 1 | WESTLAKE | OH | United States | WESTLAKE | OH | United States |
| 182763779060 | quartzproductsfactory | 8 Inch Quartz Clear Crystal Singing Pyramid Bowl With Traveling Carry Bag Case | 2017-09-13 | 2020-11-07 19:58:12 | 110 | USD | 1 | Strathroy | ON | Canada | Strathroy | ON | Canada |
| 183339109848 | quartzproductsfactory | CVNC 9'' Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag | 2018-07-22 | 2021-09-08 07:59:15 | 129 | USD | 1 | New Lowell | ON | Canada | New Lowell | ON | Canada |
| 182763779060 | quartzproductsfactory | 8 Inch Quartz Clear Crystal Singing Pyramid Bowl With Traveling Carry Bag Case | 2017-09-13 | 2020-04-18 20:47:36 | 112.95 | USD | 1 | Williamsport | PA | United States | Williamsport | PA | United States |
| 182763779060 | quartzproductsfactory | 8 Inch Quartz Clear Crystal Singing Pyramid Bowl With Traveling Carry Bag Case | 2017-09-13 | 2020-06-28 16:48:10 | 112.95 | USD | 1 | Guaynabo | PR | United States | Guaynabo | PR | United States |
| 183339109848 | quartzproductsfactory | CVNC 9'' Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag | 2018-07-22 | 2019-05-03 02:54:45 | 100 | USD | 1 | pierrefonds | QC | Canada | Montreal | QC | Canada |
| 185290184140 | quartzproductsfactory | CVNC 10'' Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument+Bag | 2022-02-10 | 2023-01-12 18:18:12 | 130 | USD | 1 | Chepachet | RI | United States | Chepachet | RI | United States |
| 182763779060 | quartzproductsfactory | 8 Inch Quartz Clear Crystal Singing Pyramid Bowl With Traveling Carry Bag Case | 2017-09-13 | 2019-07-17 14:45:20 | 119 | USD | 1 | Pickens | SC | United States | Pickens | SC | United States |
| 183339109848 | quartzproductsfactory | CVNC 9'' Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag | 2018-07-22 | 2020-08-18 13:43:14 | 129 | USD | 1 | Chiton | South Australia | Australia | port elliot | South Australia | Australia |
| 185290184140 | quartzproductsfactory | CVNC 10'' Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument+Bag | 2022-02-10 | 2022-09-27 19:35:40 | 159 | USD | 1 | Port Adelaide | South Australia | Australia | Port Adelaide | South Australia | Australia |
| 184877957626 | quartzproductsfactory | CVNC 8'' Quartz Crystal Singing Pyramid Portable Bag Travel Carry Case | 2021-06-08 | 2022-09-27 19:35:44 | 85 | USD | 1 | Port Adelaide | South Australia | Australia | Port Adelaide | South Australia | Australia |
| 185290184140 | quartzproductsfactory | CVNC 10'' Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument+Bag | 2022-02-10 | 2023-01-09 19:29:01 | 159 | USD | 1 | Bordertown | South Australia | Australia | Bordertown | South Australia | Australia |
| 183339109848 | quartzproductsfactory | CVNC 9'' Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag | 2018-07-22 | 2019-07-24 04:29:27 | 139 | USD | 1 | Swan Bay | Tasmania | Australia | Swan Bay | Tasmania | Australia |
| 185290184140 | quartzproductsfactory | CVNC 10'' Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument+Bag | 2022-02-10 | 2022-05-30 17:32:04 | 150 | USD | 1 | melbourne | Victoria | Australia | Keilor East | VIC | Australia |
| 182763779060 | quartzproductsfactory | 8 Inch Quartz Clear Crystal Singing Pyramid Bowl With Traveling Carry Bag Case | 2017-09-13 | 2019-04-28 17:22:38 | 92 | USD | 1 | Vancouver | WA | United States | Vancouver | WA | United States |
| 183927310409 | quartzproductsfactory | 7'' Quartz Crystal Singing Pyramid Bowl- Perfect Healing Musical Instrument | 2019-08-22 | 2020-05-03 12:40:00 | 100 | USD | 1 | Lynnwood | WA | United States | Lynnwood | WA | United States |
| 184877957626 | quartzproductsfactory | CVNC 8'' Quartz Crystal Singing Pyramid Portable Bag Travel Carry Case | 2021-06-08 | 2023-04-15 12:20:52 | 84.35 | USD | 1 | 六安 | 安徽省 | China | Portland | OR | United States |
| 185991424177 | quartzproductsfactory | 8 Quartz Crystal Singing Pyramid Natural Note w/ Bag Meditation Sound Healing | 2023-07-17 | | | | | | | | | | |
| 235052046094 | stopbuy2021 | TOPFUND Artificial Leather Carrying Case for Crystal Singing Pyramid 12 inch… | 2023-06-15 | | | | | | | | | | |
| 314710946650 | trayaya007 | Clear Crystal Singing Pyramid 8 Inch with Carrying Case Sound Healing | 2023-07-13 | 2023-11-23 18:32:02 | 149 | AUD | 1 | Port Adelaide | South Australia | Australia | Port Adelaide | South Australia | Australia |

EXHIBIT 3
Page 3