

EXHIBIT 4
PAGE 1



EXHIBIT 4
PAGE 2



## Business seller information

AGE UK

London
London
WC1H 9RA
United Kingdom

Show contact information ∨

**Company registration number:** 06826798
I provide invoices with VAT separately displayed.



### Age UK Official

99.5% Positive Feedback
60K items sold

Joined May 2013

| | Visit Shop |
| Contact |
| Save seller |

#### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | —— | 4.9 |
| Reasonable postage cost | —— | 5.0 |
| Delivery time | —— | 5.0 |
| Communication | —— | 5.0 |

#### Popular categories from this shop   See all

Home | Clothing, Shoes & Accessories | Gifts
Health, Beauty & Wellbeing | Baby & Children | Travel
Technology & Gaming | Kitchen | Sports & Fitness

Registered as a business seller

#### Seller Feedback (20,703)

🟢 8***7 (1349) • Past month

As described, quick delivery, thank you

Professional Aristotype Ahhhh Shockproof Manual Entrance Kilim685 H8656849904849

🟢 r***d (990) • Past month

Great item

Ean Space Heater and Humidifier Mini Portable Electric Heater Quiet Fast Home (#1262/O70044)

🔴 R***h (108) • Past month

Faulty item

Watkis Telkie Charger & Outlets Rabids XT648 Hotel Warehouse Multi Charger (#126/3445/59)

See all Feedback

### You may also like

feedback on our suggestions



Quartz 6 Inch Crystal Singing Pyramid for
Sound Meditation Prayer White

New
£50.14
Free Postage
39 watchers



Frosted Quartz Crystal Singing Bowl Sound
Healing Music Bowl 8 Inch

New
£41.30
£43.48 5% off
+ £25.93 Postage
Seller with a 100% positive feedback



Chakra Singing Bowl Set in Box Calm
Relaxing Reiki Yoga Healing Chakra Bowl

New
£25.17
+ £23.29 Postage
5 watchers



Clear 6" Crystal Singing Pyramid Bowl C
Note for Sound Meditation Yoga

New
£47.74
Free Postage
8 watchers



Tibetan Singing Bowl Set 4.5 inch with Holy
Buddhist Mantra and inside buddha !!

New
£28.32
+ £18.53 Postage
37 sold

**EXHIBIT 4**
**PAGE 3**



EXHIBIT 4
PAGE 4



**EXHIBIT 4**
**PAGE 5**



Clear Sound Bowl F Note Heart Chaka Quartz Crystal Singing Bowl 9"
New
$242.99
$269.99 10% off
Free shipping
Seller with a 100% positive feedback

Green Colored Design F Heart Chaka Quartz Clear Crystal Singing Bowl 9"
New
$269.99
$299.99 10% off
Free shipping
Seller with a 100% positive feedback

7" Quartz Crystal Singing Pyramid Bowl- Perfect Healing Musical Instrument
New
$115.00
+ $39.00 shipping
Last one

CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case
New
$99.95
+ $120.00 shipping
20 sold

greater than 8 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:     30 days returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  [MC]  [AmEx]  DISCOVER

PayPal CREDIT
*No interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

UNLIMITED 2X MILES
Capital One Business   Apply now

## Sponsored items inspired by your views   See all >



CVNC 10" Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag
New
$189.00
+ $55.00 shipping
Seller with a 99% positive feedback

CVNC 9" Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag
New
$129.00
+ $39.00 shipping
20 sold

CVNC 8" Quartz Crystal Singing Pyramid Portable Bag Travel Carry Case
New
$85.00
+ $39.00 shipping
Seller with a 99% positive feedback

CVNC 9 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case
New
$129.95
+ $60.00 shipping
Seller with a 99.2% positive feedback

CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case
New
$99.95
+ $120.00 shipping
20 sold

About this item     Shipping, returns, and payments                                        Report this item

Seller assumes all responsibility for this listing.                                          eBay item number: 182763779060

Last updated on Jan 04, 2024 17:27:34 PST View all revisions

## Item specifics

| | | | | | |
|---|---|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | MPN | Does Not Apply | | |
| Features | Sound healing, meditation, yoga, spa | Material | 9999% pure quartz crystal | | |
| Model | quartz crystal singing bowl | Brand | CVNC | | |
| Type | quartz crystal singing bowl | UPC | Does not apply | | |

## Item description from the seller



EXHIBIT 4
PAGE 6



EXHIBIT 4
PAGE 7



EXHIBIT 4
PAGE 8





EXHIBIT 4
PAGE 9





EXHIBIT 4
PAGE 10



EXHIBIT 4
PAGE 11



EXHIBIT 4
PAGE 12

Value Added Tax Number: ██████



## You may also like



EXHIBIT 4
PAGE 13



EXHIBIT 4
PAGE 14



Sponsored items inspired by your views     See all >

CVNC 10" Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag
$189.00
+ $15.00 shipping
Seller with a 99% positive feedback

CVNC 9" Singing Quartz Crystal Pyramid- Perfect Healing Musical Instrument +Bag
$129.00
+ $39.00 shipping
20 sold

CVNC 8" Quartz Crystal Singing Pyramid Portable Bag Travel Carry Case
$65.00
+ $18.00 shipping
Seller with a 99% positive feedback

CVNC 7 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case
New
$129.95
+ $55.00 shipping
Seller with a 99.2% positive feedback

CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case
New
$99.95
+ $55.00 shipping
20 sold

About this item     Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Oct 09, 2023 23:01:29 PDT View all revisions

eBay item number:   183927306409

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | MPN | Does Not Apply |
| Features | Sound healing, meditation, yoga, spa | Material | 99.99% pure quartz crystal |
| Model | quartz crystal singing bowl | Brand | CVNC |
| Type | quartz crystal singing bowl | UPC | Does not apply |

## Item description from the seller

### *Welcome to Quartz Products Factory*

(A professional manufacturer of Crystal Singing Bowls )

### WHAT IS  THE CRYSTAL SINGING BOWL ?

Quartz crystal singing bowls produced by highest purity quartz crystal,

the purity of the bowls are more than 99.99%.

it is an excellent for physical meditation and sound healing tools.

Beautiful, Clearly, Deeply, Amazing and Rich Vibrational Resonance with the power to sound Healing.

### A Full 7-Chakra Healing Meditation Music

### FUNCTIONS OF CRYSTAL SINGING BOWLS

1)Sound Healing and Physical Meditation

2)Balance the energy Systems of body

3)Eliminate the negative Energy

4)Promote the harmony and integrity of body and soul

5)Optimize the Endocrine System

### SHIPPING POLICY AND INSURANCE

shipping policy4_副本

### OUR STORE ADVANTAGES :

1× We are a professional manufacturer for quartz products and we could produce all kinds of quartz products in our own factory.

2× We have our professional technologists, professional inspection workshop and professional sales team .

3× We would supply the professional and safe packing for you and we will replace it by free if there has any damage during issuing the transportation.

4×We can provide you with 7 days and 24 hours online service , if you have any questions or requirements you can contact us at any time

### Application For Crystal Singing Bowls

外景图组合5个 副本

### About Wholesale :

We are the final manufactory and have our own factory, we have many professional technologists

EXHIBIT 4
PAGE 15



EXHIBIT 4
PAGE 16



EXHIBIT 4
PAGE 17



EXHIBIT 4
PAGE 18



**EXHIBIT 4**
**PAGE 19**



EXHIBIT 4
PAGE 20



**Musical Healing Quartz Singing Crystal Pyramid**

Our Crystal Singing pyramid are manufactured from 99.99% pure quartz crystal, and use the finest pyramid crystal singing pyramid. The crystal quartz is heated to at least 1800 degrees in the manufacturing. Then, they are tested to determine the musical note. Although the large pyramid have a sharper, lower volume tone. It is not the size that determines the 'note' of the pyramid. The bowls are associated with the musical note, starting with C, then D, E, F, G, A and B. These notes are so very associated with the Seven Chakras of the Human System. Music crucible is a kind of music instrument can be used for treatment, which help you achieve to clarify the mind in order to achieve a state of deep meditation. All the singing pyramid are made of high purity quartz crystal, they naturally contain the ability to energize, clear and enhance the energy in any environment, making them incredibly resonant.

**Sound of Crystal Singing Pyramid**

Only quartz crystal singing harps have amazing, deep and rich vibrational resonances with the power to heal.

**Delivery Detail**

This product will be delivery in 1-3 business days and items will arrive 8-12 business days.

Ship by DHL, FEDEX, UPS, SF EXPRESS or EMS etc.

Any Broken in transit during transit will replace by free of charge. Any quality problem will replace by free of charge.

**Business seller information**



### You may also like

    

   

**EXHIBIT 4**
**PAGE 21**





EXHIBIT 4
PAGE 22

About this item    Postage, refunds and payments      Report this item

Seller assumes all responsibility for this listing.      eBay item number: 185991424177

Last updated on 10 Nov, 2023 17:12:52 AEDST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | Brand New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging ... Read more | Brand | CVNC |
| Type | quartz crystal singing pyramid | Accessory | One suede stick, one red rope |
| Custom Bundle | No | Item Diameter | 8 in |
| Model | quartz crystal singing pyramid | MPN | Does Not Apply |
| Country/Region of Manufacture | China | Experience Level | Beginner |
| Modified Item | No | UPC | Does not apply |

## Item description from the seller

**Notice:**

Because different country customs rule is different.

The seller doesn't undertake customs tax fee, it is paid by buyer.

**About Product:**

- This Crystal singing pyramid is made from high quality quartz. One Rubber Mallet and one red rope are packed inside for free.

- It is also very beautiful as an interior decoration.Crystal singing pyramids are used for ound healing and meditation, prayer, buddhist, yoga, stress reduction, balancing body chakra, adjusting our emotional state and so on.It is also very beautiful as an interior decoration

- Any damage or missing to the quartz crystal singing bowls and crystal singing bowl set and crystal singing pyramids in transit is guaranteed at the specified time.



**EXHIBIT 4**
**PAGE 23**

**About chakra:**

Note C, Root Chakra, the root chakra represents vitality.This chakra gives us the passion to live in the physical world and the will to survive in the face of adversity.

Note D, Navel Chakra, this chakra represents optimism, sunshine, warmth, confidence, enthusiasm, courage, strength, creativity, compassion, and the ability to enjoy sexual pleasure.

Note E, Solar Plexus Chakra. Represents the ability to take action, the ability to handle crises, the courage to take risks, power, willpower, self-esteem.

Note F, Heart Chakra. The greatest power that this chakra shows is forgiveness, selfless love. Some people say it is compassion. Love yourself and others an all things, have a magnanimous spirit, nourish yourself and nourish others.

Note G, Throat Chakra. It is related to one's ability to communicate, express, and create. Express your inner feelings, creativity, truth, communication, resonance and reception, face yourself truthfully and speak out your inner feelings bravely.

Note A, Third-Eye Chakra. It raises our consciousness from the physical level to the spiritual level, allowing us to penetrate the surface of things and have consciousness from a higher level.

Note B, Crown Chakra. It is the core of spirituality, enlightenment, insight and energy. The crown chakra is related to one's inspiration, survival mission, great wisdom, and leadership.

## Chakra Application
### Crystal Sound Store





The usage is very simple. Use the music hammer/music stick and tap 3 times to make a sound of sound therapy. Only

**EXHIBIT 4**
**PAGE 24**



the sound of crystal spa products have an energy source, which emits different tones, these tones corresponding to the human body throughout the chakras, thereby improving the ability of the central body.

SUGGESTION:

* Keep the sound steady, don't let it go. The sound should also be maintained in a range that is acceptable to you.
* The crystal singing bowl is very fragile, please use it gently.
* When it is used up, the sound is light and let him stop naturally. Please don't touch him with your hands. Because this will destroy its internal structure. After a long time, it will not make a sound.
* If you really want to stop him quickly, you can use a stick to press it. But still use less.

No matter what problems you encounter, please contact us first, I will try my best to guarantee your rights, thank you?

### Business seller information

Value Added Tax number: GB 368488/44







**EXHIBIT 4**
**PAGE 26**



Have one to sell? Sell now

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

About this item    Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 186087179436

Last updated on Sep 26, 2023 15:14:54 PDT  View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | Open box: An item in excellent, new condition with no wear. The item may be missing the original ... Read more | Brand | Solshine |
| Type | Crystal | Item Diameter | 10 in |
| Material | Crystal | Features | Lightweight, Weather-resistant |

## Item description from the seller

10" Solshine Crystal Singing Pyramid w/Nylon Carrying Case . Shipped with USPS Ground Advantage.



### jennbran-10
96.3% Positive Feedback
196 items sold

Seller's other items

Contact

♡ Save seller

📅 Joined Jan 2023

#### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.5 |
| Reasonable shipping cost | 4.3 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

#### Seller feedback (52)

✓ l***l (861) • Past month

Good seller

Accurate welding torches (#166090694410)

✓ m***e (2565) • Past month

Great Ebayer and fast shipping!!

bluetooth Karaoke Machine and 2 Wireless Microphones for Adults/Kids machin (#165964551995)

✓ u***b (2647) • Past month

Great item...Thanks

CHAMPKEY PATHGUIDE II 12' x 17' Golf Hitting Mat with Rammaker Swing Plane USA (#166192460266)

See all feedback



## You may also like

Feedback on our suggestions

| CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case | CVNC 8" Quartz Crystal Singing Pyramid Portable Bag Travel Carry Case | 8 Inch F Note Heart Chakra Frosted Quartz Crystal Singing BoWI Fit Sound Healing | You Can Heal Your Life - Paperback By Hay, Louise - GOOD | Clear G Note Throat Chakra Quartz Crystal Singing Bowl 6" |
|---|---|---|---|---|
| New | | New | Pre-owned | New |
| $99.95 | $85.00 | $43.70 | $3.98 | $99.99 |
| + $120.00 shipping | + $39.00 shipping | $46.00 5% off | Free shipping | Free shipping |
| 20 sold | Seller with a 99.1% positive feedback | Free shipping | 2183 sold | Last one |
| | | ♥ Top Rated Plus | | |

EXHIBIT 4
PAGE 27



EXHIBIT 4
PAGE 28



Item Description

## TOPFUND Artificial Leather Carrying Case For Crystal Singing Pyramid 12 inch

• This crystal singing pyramid comes with an artificial leather sponge padded carrying case and a quartz crystal suede striker. The singing pyramid is produced with pure quartz crystals of the highest quality. Each crystal singing pyramid is

EXHIBIT 4
PAGE 29



- carefully inspected to ensure precision tuning and flawless quality. Experience the beautiful, clear, deep, and rich vibrational resonance of a high quality crystal singing pyramid?

- This crystal singing pyramid is made from the purest available quartz crystals. They are fired at extreme high temperatures until they fuse, forming quartz glass. Some formations may occur during the firing process including bubbles, lines and spots. These features are perfectly natural and do not affect the sound or performance of the pyramid in any way.

- Topfund offers a wide variety size of chakra tuned crystal singing bowl set, gemstone fusion sound bowls set, clear and practitioner handle crystal singing bowls set, crystal singing pyramids, quartz tuning forks and various sound healing meditation instruments. Crystal singing bowl set are available in sizes from 6 inch up to 24 inch in diameter, crystal singing pyramids are available in size from 4 inch to 22 inch.

- These singing pyramids have characteristics and healing properties similar to singing bowls and gongs, but with a

ebay  **View Old Item Tool**                View Old Item Tool

are perfect for hanging by your window, beautifully reflecting the Sun�s light and bringing a lightness of sound to your sacred spaces.

- The crystal singing pyramid comes with professional safe carrying packages and crystal suede striker for free for your convenience and comfort for sound healings chakra meditation and yoga practice. The crystal singing pyramids are available in various sizes for immediate shipping. All of our crystal singing bowls and crystal singing pyramids include FREE shipping within the USA and Canada. Any damage or missing to the quartz crystal singing pyramids in transit is guaranteed 30 days.

A TOPFUND Quartz Crystal Singing Pyramid has healing qualities and characteristics similar to Crystal Singing Bowls but with a different harmonic and feel. Made from the purest, optically clear quartz; the crystal singing pyramids combine the power of pure sound with the strength of sacred geometry. Crystal Singing Pyramid Therapy activates the chakras and heightens the senses. As chakras are stimulated, both mental and physical blockages begin to clear. The crystal singing pyramids can also be used to do home energy clearings and enhance the vibrational frequencies of a variety of household and personal items, from foods and nourishing products, to crystals, healing tools and so much more. A crystal singing pyramid is a conscious being that can be partnered with, in healing and for manifesting intention. It works as a conductor and can harness and hold energy for the user with a specific intention. Cosmic energy is attracted into the pyramid from its apex and Earth energy harnessed within its structure. Harnessing Earth energy and drawing in cosmic energy through the apex, manifestation, grounding energy in a room, magnify thought form and intention, creating peaceful, grounded energy, connecting with guides and angels, healing the body, clearing subtle channels of energy, emotional cleansing, focusing the mind and working with the mental body, amplify your voice, enhance meditation and raise vibration and connect with your higher self and/or soul family by hanging the crystal singing pyramid above your head where you meditate.

## Shipping

- We offer FREE shipping on all orders!
- We ship within Three business days of payment, usually sooner.
- We use a selection of shipping services such as UPS, FedEx, USPS etc.
- We only ship to the lower 48 states; no APO/FPO addresses or PO Boxes allowed.
- Local pickups and combined shipping options are not provided at this time.

**FREE SHIPPING**

## Return

ebay  **View Old Item Tool**                View Old Item Tool

packaging. Please keep the receipt.

**20 DAYS**

## Payment

We accept payment by any of the following methods.
**PayPal**
Please pay as soon as possible after winning an auction, as that will allow us to post your item to you sooner.

ebay  **View Old Item Tool**                View Old Item Tool

EXHIBIT 4
PAGE 30



**Feedback**

Customer satisfaction is very important to us.
If you have any problem with your order, please contact us and we will do our best to make you satisfied.

Customer Reviews

**Contact Us**

If you have any queries, please contact us via ebay. We usually respond within 24 hours on weekdays.

Please visit our eBay store to check out other items for sale!

Thank you for shopping at our store.

## Item Specific(s)

| Specific(s) | Value |
|---|---|
| Condition | New |
| Restocking Fee | No |
| Return shipping will be paid by | Buyer |
| All returns accepted | Returns Accepted |
| Item must be returned within | 30 Days |
| Refund will be given as | Money Back |
| Return policy details | |

## Shipping and Payment

**Payment Options :**

| Payment Options : | Preferred / Accepted |
|---|---|
| | Yes |
| PayPal | No |

**Shipping and Handling :**

| Item Locations : | Phoenix, AZ |
|---|---|
| Shipping Type : | flat rate |

| Shipping Carrier | Ship To : | Shipping Fee |
|---|---|---|
| Standard Flat Rate Shipping Service | United States | Not Specified |
| Standard International Shipping | Worldwide | 200.0 USD |

EXHIBIT 4
PAGE 31



EXHIBIT 4
PAGE 32





EXHIBIT 4
PAGE 33



EXHIBIT 4
PAGE 34





EXHIBIT 4
PAGE 35



eBay   **View Old Item Tool**                                    View Old Item Tool ▼



**Item Variation(s)**

| Size | 10 Inch, 8 Inch |
|------|-----------------|

**Item Description**

Crystal Singing Pyramid in multi colors, with fully padded pyramid carrying case and Suede Striker.

Does not come with the base

EXHIBIT 4
PAGE 36



Crystal Singing Pyramid is a great sound bath instrument that compliments every sound bowl. Made with pure crystal quartz, they produce a very unique sound that rings and vibrates through the triangle. Each pyramid has a unique sound frequency and we do not tune pyramids to a specific tone but simply enjoy the sound energy it emits when in use and let it blend and layer with sounds and whisperings of your surroundings or other sound bowls.

We remind all practitioners to be mindful when using your crystal pyramid and encourage our customers to make a deep connection with the pyramid-like you do with your other sound bath meditation instruments. Let it sing, know how to let the voice melts away before making another tap. Be gentle with them.

The sound of our pyramids is rigorously sound tested to ensure that the singing pyramid sings out the right balance of reverberant in depth and breadth. Add a crystal singing pyramid into your chakra sound meditation journey and experience a long last awakening feeling in your practice.

Comes with 1x Suede Striker and 1x Protective Carrying Case.

Please note that the Color of the Carrying Case may Vary Depending upon the availability.

## Item Specific(s)

| Specific(s) | Value |
|---|---|
| Condition | New |
| Restocking Fee | No |
| Return shipping will be paid by | Buyer |
| All returns accepted | Returns Accepted |
| Item must be returned within | 30 Days |
| Refund will be given as | Money Back |

## Shipping and Payment

**Payment Options :**

| Payment Options : | Preferred / Accepted |
|---|---|
| PayPal | No |

**Shipping and Handling :**

Item Locations :    Cary, North Carolina
Shipping Type :    calculated rate

| Shipping Carrier | Ship To : | Shipping Fee |
|---|---|---|
| USPS Ground Advantage | United States | Not Specified |
| USPS Priority Mail International | Canada | Not Specified |

EXHIBIT 4
PAGE 37



**EXHIBIT 4**
**PAGE 38**



ebay   View Old Item Tool



ebay   View Old Item Tool



EXHIBIT 4
PAGE 39



EXHIBIT 4
PAGE 40



**Item Description**

10" inch Green Crystal Singing Triangle Pyramid with Padded Secure Case and Suede Striker

Size : 10 inch
Color : Green

Quartz Crystal Pyramid has healing qualities and characteristics similar to Crystal Singing Bowls and Gongs but with a different harmonic and feel.

Bridging the transformative sound of resonating pure quartz crystal with the power of sacred geometry and the Pythagorean Pyramid, these tools will show the

Quartz Crystal Pyramid gives an excellent, rich tone when struck (like a bell,) or �slung� (rubbing the side of the bowl with a special striker, also, called a wand, or mallet) Although the larger pyramid has a deeper, lower octave, tone, it is not the size that determines the 'note' of the pyramid.

Crystal Singing Pyramid is a kind of musical instrument that can be used for treatment, which helps the practitioner to clarify the mind in order to achieve a state of deep meditation. All the singing pyramids are made of high purity quartz crystal, they naturally contain the ability to energize, clear, and enhance the energy in any environment, making them incredibly resonant.
The tones produced by the singing pyramid are not just heard by the ear, you feel them in your body. These tones move through our body in vibrant waves, calming, aligning, and healing our energy centers. Excellent, growing medical research is validating the powerful use of these bowls in balancing and healing the human body, mind, and spirit.

Beautiful Instrument! While it is very well made and sturdy for quartz crystal it is still crystal and needs to be handled mindfully.

The Package includes 1x Suede Striker and 1x Protective Carrying Case.

The color of the Case may vary depending on the availability

**Item Specific(s)**

| Specific(s) | Value |
|---|---|
| Condition | New |
| Restocking Fee | No |
| Return shipping will be paid by | Buyer |
| All returns accepted | Returns Accepted |
| Item must be returned within | 30 Days |
| Refund will be given as | Money Back |

**Shipping and Payment**

Payment Options :

| Payment Options : | | Preferred / Accepted |
|---|---|---|
| PayPal | No | |

Shipping and Handling :

| Item Locations : | Cary, North Carolina |
|---|---|
| Shipping Type : | calculated rate |

| Shipping Carrier | Ship To : | Shipping Fee |
|---|---|---|
| USPS Ground Advantage | United States | Not Specified |
| Pickup | United States | Not Specified |
| USPS Priority Mail International | Canada | Not Specified |

EXHIBIT 4
PAGE 41



EXHIBIT 4
PAGE 42



EXHIBIT 4
PAGE 43



EXHIBIT 4
PAGE 44



EXHIBIT 4
PAGE 45



## Item Variation(s)

| | |
|---|---|
| Size | 8 Inches, 12 Inches |

## Item Description

Protect your valuable crystal singing pyramids in style with this high-quality and elegant case. Crafted from premium faux leather, this case offers a sleek and sophisticated look while providing excellent protection for your precious crystal pyramids.

The interior of the case is generously padded to ensure that your crystal singing pyramids remain secure and protected from scratches, bumps, and other potential damage. The soft padding cradles your pyramids gently, preventing any unwanted movement during transportation or storage.

The exterior of the case is adorned with a beautiful faux leather finish, exuding a sense of elegance and sophistication. The sleek black color adds a touch of professionalism, making it suitable for both personal and professional use. The faux leather material is not only visually appealing but also easy to clean and maintain, ensuring your case stays in top condition.

For added security, this case is equipped with a sturdy zipper closure. The zipper runs smoothly along the edges, allowing easy access to your crystal singing pyramids while ensuring they remain safely enclosed when not in use. You can trust that your valuable instruments will be well-protected during transit or when stored away.

Whether you're a professional musician, a sound therapist, or an enthusiast, the Faux Leather Padded Secure Case for Crystal Singing Pyramids is a must-have accessory. Invest in the protection and care of your crystal pyramids with this stylish and functional case.

Note: This listing is for the case only. Crystal singing pyramids are not included.

Order your Faux Leather Padded Secure Case for Crystal Singing Pyramids today and give your precious instruments the protection they deserve!

## Item Specific(s)

| Specific(s) | Value |
|---|---|
| Condition | New |
| Restocking Fee | No |
| Return shipping will be paid by | Buyer |
| All returns accepted | Returns Accepted |
| Item must be returned within | 30 Days |
| Refund will be given as | Money Back |

## Shipping and Payment

**Payment Options :**

| Payment Options : | Preferred / Accepted |
|---|---|
| PayPal | No |

**Shipping and Handling :**

| | |
|---|---|
| Item Locations : | Cary, North Carolina |
| Shipping Type : | calculated rate |

| Shipping Carrier | Ship To : | Shipping Fee |
|---|---|---|
| US Postal Service Priority Mail | United States | Not Specified |
| UPS Ground | United States | Not Specified |
| USPS Priority Mail International | Worldwide | Not Specified |

EXHIBIT 4
PAGE 46



ebay   **View Old Item Tool**

Crystal Singing Pyramid Set with Faux L

Item # 266

This is a Fixe

| | |
|---|---|
| Price: | 75.0 USD |
| Quantity: | 21 |
| Item Status: | ADMIN ENDED |
| Start Date: | Fri Jun 9 10:05:13 MST 2023 |
| End Date: | Tue Jan 2 14:38:48 MST 2024 |

Seller

| | |
|---|---|
| Name: | east_coast_scientific_store |
| ID: | ███████ |
| Status: | CONFIRMED |
| e-Mail Address: | ███████ |
| Paypal e-Mail Address: | Not Specified |

Item In

ebay   **View Old Item Tool**

EXHIBIT 4
PAGE 47



View Old Item Tool

eather Tan Color Case, Sizes 4-12 inches

292120570

ed Price item.

| | |
|---|---|
| **Category Id:** | 39178 |
| **Category Name:** | Singing Bowls |
| **Sub Category Id:** | Not Specified |
| **Sub Category Name:** | Not Specified |
| **Location:** | Cary, North Carolina |
| **Country:** | United States |
| **IP Address:** | 71.76.144.84 |

Details

nage(s)

View Old Item Tool

EXHIBIT 4
PAGE 48



View Old Item Tool



EXHIBIT 4
PAGE 49



View Old Item Tool

EXHIBIT 4
PAGE 50



EXHIBIT 4
PAGE 51



View Old Item Tool

View Old Item Tool

EXHIBIT 4
PAGE 52



ebay   View Old Item Tool



ebay   View Old Item Tool



EXHIBIT 4
PAGE 53



EXHIBIT 4
PAGE 54





EXHIBIT 4
PAGE 55



View Old Item Tool

EXHIBIT 4
PAGE 56



**View Old Item Tool**

Item Var

| | |
|---|---|
| Size | 3 Inches, 4 |

**View Old Item Tool**

Experience the harmonious blend of aesthetics and soothing melodies with the Crystal Sin
ranging from 4 inches to 12 inches, allowing you to explore a range of enchanting tones an

Each pyramid is meticulously crafted from high-quality crystal, known for its purity and reso
tranquility and serenity. The crystal's innate properties amplify the rich tones, creating a me
practices.

To ensure the protection and convenience of your valuable instruments, the set includes a
elegance but also provides a safe and portable storage solution. Effortlessly carry your cry
simply your own sacred space.

Indulge in the ethereal melodies produced by these crystal singing pyramids, immersing yo
relaxation and inner harmony. With the Crystal Singing Pyramid set, you have everything y
and meditation.

Item Sp

| Specific(s) | |
|---|---|
| Condition | |
| Restocking Fee | |
| Return shipping will be paid by | |
| All returns accepted | |
| Item must be returned within | |
| Refund will be given as | |

Shipping a

**Payment Options :**

| Payment Options : | |
|---|---|
| PayPal | No |

**Shipping and Handling :**

| | |
|---|---|
| Item Locations : | Cary, North Carolina |
| Shipping Type : | calculated rate |

| Shipping Carrier |
|---|
| US Postal Service Priority Mail |
| UPS Ground |
| USPS Priority Mail International |

EXHIBIT 4
PAGE 57



View Old Item Tool

iation(s)

Inches, 5 Inches, 6 Inches, 8 Inches, 10 Inches, 12 Inches

View Old Item Tool

ging Pyramid collection. This exquisite set features crystal singing pyramids of various sizes, d frequencies.

nance. When played, these pyramids emit captivating sound vibrations that fill the air with smerizing auditory experience that is perfect for meditation, relaxation, and sound therapy

faux leather case in a tasteful tan color. This luxurious case not only adds an element of stal singing pyramids wherever you go, be it a meditation retreat, sound healing workshop, or

urself in their soothing vibrations. Let the sound wash over you, guiding you into a state of deep ou need to create an enchanting soundscape and embark on a transformative journey of sound

ecific(s)

| | Value |
|---|---|
| | New |
| | No |
| | Buyer |
| | Returns Accepted |
| | 30 Days |
| | Money Back |

d Payment

| | Preferred / Accepted |
|---|---|

| Ship To : | Shipping Fee |
|---|---|
| United States | Not Specified |
| United States | Not Specified |
| Worldwide | Not Specified |

EXHIBIT 4
PAGE 58



EXHIBIT 4
PAGE 59



EXHIBIT 4
PAGE 60





EXHIBIT 4
PAGE 61



EXHIBIT 4
PAGE 62





EXHIBIT 4
PAGE 63



**EXHIBIT 4**
**PAGE 64**





EXHIBIT 4
PAGE 65



**Item Description**

A 10" Crystal Singing Pyramid is a unique musical instrument that produces a rich and resonant sound. Made from 99.9% pure quartz crystal, it has a clear and powerful tone that can be felt throughout the body. The pyramid shape of the instrument enhances the sound, creating a soothing and meditative atmosphere.

This instrument is perfect for sound healing sessions, meditation, and relaxation. Made from high-quality quartz crystal infused with a beautiful pink hue, it has a clear and powerful tone that resonates throughout the body. The pyramid shape of the instrument enhances the sound, creating a relaxing and meditative atmosphere. It is perfect for sound healing sessions, meditation, and relaxation, as well as for chakra balancing and clearing energies in a space. The pink color of this instrument is associated with the heart chakra, which represents love, compassion, and emotional balance.

It is built in the sacred geometry of the ancient pyramids, which makes it perfect for healing purposes. With a luxurious sustain, the pyramid produces a deep and resonant tone that helps to relax the mind and body. Being 10 inches in size, it produces a medium to low tone. This item comes with a carrying case, a thread and mallet for easy transportation and use.

Gemstone pyramid

Healing crystals

Meditation pyramid

Pink decor

Reiki energy

Chakra balancing

Natural stone pyramid

Crystal Pyramid

EXHIBIT 4
PAGE 66



Crystal Singing Pyramid

Healing

Crystal Singing Bowl

Chakra Balancing

### Item Specific(s)

| Specific(s) | Value |
|---|---|
| Condition | New |
| Restocking Fee | No |
| Return shipping will be paid by | Buyer |
| All returns accepted | Returns Accepted |
| Item must be returned within | 14 Days |
| Refund will be given as | Money Back |

### Shipping and Payment

**Payment Options :**

| Payment Options : | Preferred / Accepted |
|---|---|
| PayPal | No |

**Shipping and Handling :**

| Item Locations : | Cary, North Carolina |
|---|---|
| Shipping Type : | flatdomestic calcinti rate |

| Shipping Carrier | Ship To : | Shipping Fee |
|---|---|---|
| USPS Ground Advantage | United States | Not Specified |
| Pickup | United States | Not Specified |
| USPS Priority Mail International | Worldwide | Not Specified |

EXHIBIT 4
PAGE 67



EXHIBIT 4
PAGE 68



ebay  **View Old Item Tool**                          View Old Item Tool



EXHIBIT 4
PAGE 69



EXHIBIT 4
PAGE 70





EXHIBIT 4
PAGE 71



ebay    **View Old Item Tool**                    View Old Item Tool ▾



**EXHIBIT 4**
**PAGE 72**



**Item Description**

EXHIBIT 4
PAGE 73



Introducing our 9" Crystal Green Singing Pyramid with Carrying Case and Striker - a powerful tool for meditation, healing, and spiritual practice. Made from pure crystal quartz, this pyramid is carefully crafted and tuned to produce a beautiful, resonant sound that can help to promote relaxation and inner peace.

The stunning green color of the pyramid is believed to be associated with the heart chakra, making it an ideal tool for balancing and opening the heart center. Use it during meditation to deepen your practice, or during healing sessions to promote physical and emotional wellness.

**View Old Item Tool**

View Old Item Tool

you're a beginner or an experienced practitioner, this crystal singing pyramid is a must-have tool for anyone interested in the power of sound and energy healing.

Green pyramid
Chakra balancing
Meditation tool
Sound healing
Energy healing
Heart chakra
Spiritual gift
Green Crystal
HEALING
TUNING FORKS
Green Decor
Nature Decor
Nature Pyramid

## Item Specific(s)

| Specific(s) | Value |
|---|---|
| Condition | New |
| Restocking Fee | No |
| Return shipping will be paid by | Buyer |
| All returns accepted | Returns Accepted. |
| Item must be returned within | 14 Days |
| Refund will be given as | Money Back |

## Shipping and Payment

**Payment Options :**

| Payment Options : | Preferred / Accepted |
|---|---|
| PayPal | No |

**Shipping and Handling :**

Item Locations :   · Cary, North Carolina ·
Shipping Type :   flatdomestic calcinti rate

| Shipping Carrier | Ship To : | Shipping Fee |
|---|---|---|
| USPS Ground Advantage | United States | Not Specified |
| Pickup | United States | Not Specified |
| USPS Priority Mail International | Worldwide | Not Specified |

EXHIBIT 4
PAGE 74



Back to home page | Listed in category:   Books, Music & Movies > ••• > Percussion > Hand Percussion > Singing Bowls

Share

This listing was ended by the seller on Fri, 22 Dec at 12:09 PM because the item is no longer available.

## People who viewed this item also viewed

Sponsored
432HZ 6-12 Inch Set of 7 PCS Frosted Chakra Quartz...
AU $804.63
Free postage

G# Note Black Crystal Singing Bowl 8 Inch Zeal Chakra...
AU $222.56
Free postage

for Crystal Singing Pyramid 12 inch Artificial Leather...
AU $156.43
Free postage

8" A/C/F/B/E Chakra Quartz Crystal Singing Bo...
AU $139.00
+ AU $80.00 postage

CVNC 8 Inch Crystal Singing Pyramid Bowl Clear Quartz...
AU $169.99
+ AU $30.00 postage

## Similar sponsored items    See all >

Feedback on our suggestions







CVNC 12 Inch Clear Crystal Singing Pyramid for Sound Healing with Suede Mallet
New
AU $208.60

Professionally tuned singing bowl chakra set-Chakra Healing singing Bowl set
New
AU $949.99

8 Inch Candy Rainbow Colored Quartz Crystal Singing Bowl for Sound Healing
New
AU $346.83

Singing bowl set-Chakra set singing bowl-Tibetan singing bowl-Chakra Healing
New
AU $224.99

G# Note Black Crystal Singing Bowl 8 Inch Zeal Chakra with Artificial Leather Ca
New
AU $222.56

CV Bo En Ne
AU

EXHIBIT 4
PAGE 75



EXHIBIT 4
PAGE 76



Crystal singing pyramid

A crystal singing pyramid is a unique musical instrument and healing tool made of clear quartz crystal. It is not only aesthetically pleasing but also carries powerful symbolism, healing vibrations, and calming chimes.

Crystal singing pyramids are traditionally used in yoga, sound healing, and religious ceremonies. By striking the side of the pyramid, a pure tone will arise. The vibration produces a soft, relaxing tone that continues to resonate.





**Package Included**








**TRAYAYA**

**100%** positive Feedback

**132** items sold



EXHIBIT 4
PAGE 77



📅 Joined Mar 2023

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable postage costs | 5.0 |
| Postage speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this Store   See all

White Crystal Singing Bowl    Colored Crystal Singing Bowl

Crystal Singing Pyramid    Gems Fusion Bowl

3 Pcs Crystal Singing Bowl Set    7 Pcs Crystal Singing Bowl Set

Accessories and Bags

### Seller Feedback (26)

➕ n***a (39)  •  Past month

This is a very special bowl to me.

Moldavite Fusion F Note Heart Chakra Crystal Singing Bowl 8" Sound Healing (#314827966065)

➕ a***s (1066)  •  Past 6 months

So far so good 🙏

TRAYAYA 432hz 6-12" Set of 7 Quartz Crystal Singing Bowl Chakra Set with Case (#314766669911)

➕ 9***i (4)  •  Past 6 months

I am so happy with my purchase! Quick shipping, well packed and beautiful!

432Hz Crystal Singing Bowl 8 Inch F Note Heart Chakra Pink-Purple Color+Mallet (#314689803153)

See all Feedback

## You may also like

Feedback on our suggestions

    

EXHIBIT 4
PAGE 78





EXHIBIT 4
PAGE 79

Last updated on Jun 03, 2024 16:56:00 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | MPN | Does not apply |
| Features | 99.99% high purity quartz crystal | Material | 99.99% high purity quartz crystal |
| Model | quartz crystal singing bowl | Brand | CVNC |
| Type | quartz crystal singing bowl | UPC | Does not apply |

## Item description from the seller



EXHIBIT 4
PAGE 80







EXHIBIT 4
PAGE 81



EXHIBIT 4
PAGE 82

## Similar sponsored items    See all ›

Feedback on our suggestions









Clear Sound Bowl F Note Heart
Chakra Quartz Crystal Singing
Bowl 9"
New
**$242.99**
$269.99 10% off
Free shipping
Seller with a 100% positive
feedback

Green Colored Design F Heart
Chakra Quartz Clear Crystal
Singing Bowl 9"
New
**$269.99**
$299.99 10% off
Free shipping
Seller with a 100% positive
feedback

CVNC 12Inch Quartz Clear
Crystal Singing Pyramid Bowl
Sound Energy Sound Healing
New
**$140.00**
$198.00 29% off
Free shipping
**Last one**

CVNC 12 Inch Clear Crystal
Singing Pyramid for Sound
Healing with Suede Mallet
New
**$139.99**
$218.00 36% off
Free shipping
Seller with a 99.7% positive
feedback

⚡ **People are checking this out.** 6 have added this to their watchlist.

Shipping:   US $50.00 SpeedPAK Standard. See details
International shipment of items may be subject to customs
processing and additional charges. ⓘ
Located in: Jinzhou, Liaoning, China

Delivery:    📦 Estimated between **Wed, Jan 24** and **Wed, Jan 31** to 84123 ⓘ
This item has an extended handling time and a delivery estimate
**greater than 14 business days.**
Please allow additional time if international delivery is subject to
customs processing.

Returns:     30 days returns. Buyer pays for return shipping. See details

Payments:      

*No Interest if paid in full in 6 months on $99+. See terms and
apply now

 Earn up to 5x points when you use your eBay Mastercard®.
Learn more

### Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



Find mental health resources

Love,
*Your Mind*

HUNTSMAN  ad

Learn More

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions











CVNC 10" Singing Quartz Crystal
Pyramid- Perfect Healing Musical
Instrument+Bag
New
**$189.00**
+ $55.00 shipping
Seller with a 99% positive feedback

CVNC 9" Singing Quartz Crystal Pyramid-
Perfect Healing Musical Instrument +Bag
New
**$129.00**
+ $39.00 shipping
**20 sold**

CVNC 8" Quartz Crystal Singing Pyramid
Portable Bag Travel Carry Case
New
**$85.00**
+ $39.00 shipping
Seller with a 99% positive feedback

CVNC 9 Inch Clear Crystal Singing
Pyramid Bowl Traveling Carry Bag Case
New
**$129.95**
+ $60.00 shipping
Seller with a 99.2% positive feedback

CVNC 6 Inch Quartz Clear Crystal Singing
Pyramid Bowl Traveling Carry Bag Case
New
**$99.95**
+ $120.00 shipping
**20 sold**

About this item | Shipping, returns, and payments                Report this item

**EXHIBIT 4
PAGE 83**

Seller assumes all responsibility for this listing.

eBay item number: 374109848495

Last updated on Nov 27, 2023 17:24:36 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model | crystal singing pyramid |
| Material | crystal | Type | Crystal |
| Features | For Sound Heling,Meditation, | MPN | Does Not Apply |
| Brand | CVNC | Item Diameter | 8-12in |

## Item description from the seller

### Feature

Sound healing and meditation, prayer,yoga, stress reduction, balancing body chakra, adjusting our emotional state and so on.

### About Us

1.All messages will be answered within 1 business day. If you do not receive our reply, please kindly re-sent your message and we will reply to you as soon as possible Please come back soon and visit us again!

2.Welcome to our store! We are a professional worldwide wholesale company. High product quality, reasonable prices, excellent customer service and a reliable credit standing is our tenet.

Our quartz crystal singing bowl are made of over 99.9% pure quartz crystal. We have about 18 years of production experience,we founded in 2004. Our main products are Frosted crystal singing bowls. Clear crystal singing bowls, Crystal singing pyramids, Crystal singing harps, Crystal tuning forks and so on.

3.If you like our products, please add my eBay shop to your "My Favorites" list.

### Contact Us

1.Please contact us if you are not satisfied with the item after receive it.

2.You contact us immediately before you give us neutral or negative feedback, so that we can satisfactorily address your concerns.

### Return

1. The crytal singing bowl is fragile, but we promise that if it is damaged during transportation, please contact us, we will replace it for you free of charge.

2.Please Do Not click "Return this item" in any situation. Because sometimes it will spend more time to resolve the issue.Click contact us via Ebay Message(protected by Ebay),that is the fastest way to solve any problem for you.



### CVNC Leyun

99.1% Positive Feedback
5.9K Items sold

Visit store

Contact

♡ Save seller

📅 Joined Oct 2018

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | |

### Seller feedback (1,272)

➕ -*^h (24) • Past month

Smooth transaction, everything is as it should be, well packaged, fast delivery. Did not think that a 12" bowl would be so big!

➕ d***k (l) • Past month

EXHIBIT 4
PAGE 84



## You may also like

Feedback on our suggestions







CVNC 12Inch Quartz Clear Crystal Singing Pyramid Bowl Sound Energy Sound Healing

New

**$140.00**
~~$198.00~~ 29% off
Free shipping
Last one

CVNC 12 Inch Clear Crystal Singing Pyramid for Sound Healing with Suede Mallet

New

**$139.99**
~~$218.00~~ 36% off
Free shipping
Seller with a 99.7% positive feedback

CVNC 6 Inch Quartz Clear Crystal Singing Pyramid Bowl Traveling Carry Bag Case

New

**$99.95**
+ $120.00 shipping
20 sold

TRAYAYA Clear Quartz Crystal Singing Pyramid 10 Inch for Sound Healing

New

**$99.00**
Free shipping
Seller with a 100% positive feedback

TRAYAYA 8 Inch Clear Quartz Crystal Singing Pyramid Healing Sound with Case

New

**$99.00**
Free shipping
Seller with a 100% positive feedback







**EXHIBIT 4**
**PAGE 85**



EXHIBIT 4
PAGE 86

| 8 Inch Quartz Clear Crystal Singing Pyramid Bowl With Traveling Carry Bag Clear | Clear G Note Throat Chakra Quartz Crystal Singing Bowl 6" | Clear Sound Bowl Colored G Throat Chakra Quartz Crystal Singing Bowl 7" | Cosmic Swiss~Purple Sound Bowl 8 Crown Chakra Quartz Crystal Singing Bowl 8" | CVNC 12 Inch Clear Crystal Singing Pyramid fo Sound Healing with Suede Mallet | Cosmic Chakra |
|---|---|---|---|---|---|
| New | New | New | New | New | New |
| $119.00 | $99.99 | $179.99 | $197.99 | $139.99 | $163.9 |
| + $55.00 shipping | Free shipping | Free shipping | $249.99 10% off | $248.00 36% off | $279.99 |
| Seller with a 99% positive feedback | Last one | Seller with a 100% positive feedback | Free shipping | Free shipping | Free sh |
| | | | Last one | Seller with a 97% positive feedback | Last on |

About this item    Shipping, returns, and payments                                                                Report this item

Seller assumes all responsibility for this listing.

Last updated on Oct 09, 2023 23:05:06 PDT View all revisions                                eBay item number: 374577675080

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand | CVNC |
|---|---|---|---|
| Type | quartz crystal singing bowl | Item Diameter | 9 in |
| Model | quartz crystal singing bowl | MPN | Does not apply |
| Features | 99.99% high purity quartz crystal | Material | 99.99% high purity quartz crystal |
| UPC | Does not apply | | |

## Item description from the seller

**Notice:**

Because different country customs rule is different.

The seller doesn't undertake customs tax fee, it is paid by buyer.

### About us:

We are a producer of crystal singing bowl, we have abundant production experience, we have founded about 20 years. Our main products are Frosted crystal singing bowls, Clear crystal singing bowls, Crystal singing pyramids, Crystal singing harps, Crystal tuning forks and so on. We also welcome wholesale customers and dropshipping customers to cooperate with us.

### About Product:

- This Crystal singing pyramid is made from high quality quartz. One Rubber Mallet and one red rope are packed inside for free.

- It is also very beautiful as an interior decoration.Crystal singing pyramids are used for ound healing and meditation, prayer, buddhist, yoga, stress reduction, balancing body chakra, adjusting our emotional state and so on.It is also very beautiful as an interior decoration

- Any damage or missing to the quartz crystal singing bowls and crystal singing bowl set and crystal singing pyramids in transit is guaranteed at the specified time.



EXHIBIT 4
PAGE 87



**About chakra:**

Note C. Root Chakra, the root chakra represents vitality.This chakra gives us the passion to live in the physical world and the will to survive in the face of adversity.

Note D. Navel Chakra, this chakra represents optimism, sunshine, warmth, confidence, enthusiasm, courage, strength, creativity, compassion, and the ability to enjoy sexual pleasure.

Note E. Solar Plexus Chakra. Represents the ability to take action, the ability to handle crises, the courage to take risks, power, willpower, self-esteem.

Note F. Heart Chakra.The greatest power that this chakra shows is forgiveness, selfless love. Some people say it is compassion. Love yourself and others and all things, have a magnanimous spirit, nourish yourself and nourish others.

Note G. Throat Chakra. It is related to one's ability to communicate, express, and create. Express your inner feelings, creativity, truth, communication, resonance and reception, face yourself truthfully and speak out your inner feelings bravely.

Note A. Third-Eye Chakra. It raises our consciousness from the physical level to the spiritual level, allowing us to penetrate the surface of things and have consciousness from a higher level.

Note B. Crown Chakra. It is the core of spirituality, enlightenment, insight and energy. The crown chakra is related to one's inspiration, survival mission, great wisdom, and leadership.





EXHIBIT 4
PAGE 88



EXHIBIT 4
PAGE 89



### People who viewed this item also viewed

    

### Similar sponsored items   See all >

    

### Related sponsored items   See all >

**EXHIBIT 4
PAGE 90**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | Brand New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging ... Read more | Any Problem After Receiving | please contact us within 7 days |
| Item Diameter | 8 inch | Custom Bundle | No |
| Included | 1*red rope,1*suede mallet | MPN | Does Not Apply |
| Modified Item | No | Brand | CVNC |
| Type | crystal singing pyramid | If You Are Playing As A Music | please contact us before purchasing |
| Model | crystal singing pyramid | Any Broken Or Lost In Transit | we will replace quickly by free of charge |
| Experience Level | Beginner | Country/Region of Manufacture | China |
| Application | sound healing,meditation,improve energy,yoga | UPC | Does not apply |

## Item description from the seller

**Notice：**

Because different country customs rule is different.

The seller doesn't undertake customs tax fee, it is paid by buyer.

**About Product:**

- This Crystal singing pyramid is made from high quality quartz. One Rubber Mallet and one red rope are packed inside for free.

- It is also very beautiful as an interior decorationCrystal singing pyramids are used for ound healing and meditation, prayer, buddhist, yoga, stress reduction, balancing body chakra, adjusting our emotional state and so on.It is also very beautiful as an interior decoration

- Any damage or missing to the quartz crystal singing bowls and crystal singing bowl set and crystal singing pyramids in transit is guaranteed at the specified time.



About chakra:

**EXHIBIT 4
PAGE 91**

Note C, Root Chakra, the root chakra represents vitality.This chakra gives us the passion to live in the physical world and the will to survive in the face of adversity.

Note D, Navel Chakra, this chakra represents optimism, sunshine, warmth, confidence, enthusiasm, courage, strength, creativity, compassion, and the ability to enjoy sexual pleasure.

Note E, Solar Plexus Chakra. Represents the ability to take action, the ability to handle crises, the courage to take risks, power, willpower, self-esteem.

Note F, Heart Chakra.The greatest power that this chakra shows is forgiveness, selfless love. Some people say it is compassion. Love yourself and others and all things, have a magnanimous spirit, nourish yourself and nourish others.

Note G, Throat Chakra. It is related to one's ability to communicate, express, and create. Express your inner feelings, creativity, truth, communication, resonance and reception, face yourself truthfully and speak out your inner feelings bravely.

Note A, Third-Eye Chakra. It raises our consciousness from the physical level to the spiritual level, allowing us to penetrate the surface of things and have consciousness from a higher level.

Note B, Crown Chakra. It is the core of spirituality, enlightenment, insight and energy. The crown chakra is related to one's inspiration, survival mission, great wisdom, and leadership.





EXHIBIT 4
PAGE 92



human body throughout the chakras, thereby improving the ability of the central body.

**SUGGESTION:**

- Keep the sound steady, don't let it go. The sound should also be maintained in a range that is acceptable to you.
- The crystal singing bowl is very fragile, please use it gently.
- When it is used up, the sound is light and let him stop naturally. Please don't touch him with your hands. Because this will destroy its internal structure. After a long time, it will not make a sound.
- If you really want to stop him quickly, you can use a stick to press it. But still use less.

No matter what problems you encounter, please contact us first, I will try my best to guarantee your rights, thank you!





### You may also like



CVNC 12 Inch Clear Crystal Singing Pyramid for Sound Healing with Suede Mallet
New
AU $208.60
AU $324.84 36% off
Free postage
Seller with a 99.7% positive feedback



CVNC 8 Inch Crystal Singing Pyramid Bowl Clear Quartz Natural Sound Energy
New
AU $169.99
+ AU $30.00 postage
Last one

CVNC 8 Inch F Heart Crystal Singing Bowl Chakra Set Carrying Case Mallet
New
AU $138.98
+ AU $80.00 postage
38 sold



CVNC 440Hz 8" White Frosted Quartz Crystal Singing Chakra Bowl Sound Healing
New
AU $81.94
Free postage
Seller with a 99.7% positive feedback



8 Inch Purple B Note Crystal Singing Bowl Crown Chakra with Carrying Case
New
AU $96.84
Free postage



Frosted Quartz Crystal Singing Bowl, 10 inch, C Note 432 Hertz
New
AU $89.39
Free postage
Seller with a 100% positive feedback



Sponsored
CVNC 8" C Note Heart Chakra Frosted Quartz Crystal Singing Bowl With Carry Case
New
AU $186.26
Free postage
Seller with a 99.6% positive feedback



Sponsored
Sound Therapy Singing Bowl- 8 Inch Full Moon Singing Bowls- Healing Meditation
New
AU $164.99
+ postage
Last one



Sponsored
CVNC 12 Inch F Heart Chakra Quartz Crystal Singing Bowl with Rubber Mallet
New
AU $195.00
+ AU $95.00 postage
Last one



Sponsored
CVNC 10 Inch D Sacral Chakra Rubber Mallet Quartz Crystal Singing Bowl
New
AU $150.98
+ AU $80.00 postage
Last one

**EXHIBIT 4**
**PAGE 93**